IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Mississippi

IN THE MATTER OF:  
TINA MELSON  
SS#: XXX-XX-9969

CASE NO.: 19-15018

**** AMENDED ****

ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR subjected his earnings to the jurisdiction of the Court; the DEBTOR's principal income is from wages, salary of commissions; and that the employer of the said DEBTOR is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the DEBTOR {with the employer being directed to pay all or any part of such income to the TRUSTEE. Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

IT IS FURTHER APPEARING THAT it is requisite to effectuate the provisions of the DEBTOR's plan; that the employer is directed to pay a portion of the DEBTOR's earnings to the Court for distribution to creditors and that such employer is:

BAPTIST MEMORIAL HOSPITAL  
ATTN PAYROLL  
350 NORTH HUMPHREYS BLVD  
MEMPHIS, TN 38120

IT IS ORDERED that until further notice of this Court, the above-named employer is required to deduct from the DEBTOR's earnings and pay over to:

| TERRE M. VARDAMAN | TERRE M. VARDAMAN |
|---|---|
| CHAPTER 13 TRUSTEE | CHAPTER 13 TRUSTEE |
| P.O. BOX 1985 | P.O. BOX 1326 |
| MEMPHIS TN 38101-1985 | BRANDON MS 39043 |
| **PAYMENTS ONLY** | **ALL OTHER CORRESPONDENCE** |

the sum of **$971.00 BIWEEKLY** .

FURTHER ORDERED, that the employer shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

DATED AT Aberdeen, MS on 12/30/2019

/s/ Jason D Woodard  
Jason D Woodard  
BANKRUPTCY JUDGE

SCHNELLER & LOMENICK PA  
126 NORTH SPRINGS STREET  
P O BOX 417  
HOLLY SPRINGS, MS 38635

OFFICE OF THE TRUSTEE
Standing Chapter 13 Trustee
TERRE M. VARDAMAN
CHAPTER 13 TRUSTEE
P.O. BOX 1985
MEMPHIS TN 38101-1985

TERRE M. VARDAMAN
CHAPTER 13 TRUSTEE
P.O. BOX 1985
MEMPHIS TN 38101-1985

TINA MELSON
509 LAKEVIEW CV
NEW ALBANY, MS 38652-1612

Bankruptcy Case No.    19-15018

Your Wage Order is being changed from    $950.00    to    $971.00
per BIWEEKLY for the following reason:

_____ Notification from your mortgage company that your house payments have changed.

_____ Tax claims filed that were either higher than listed or that were not included in your original plan.

_____ Per letter from IRS offsetting tax claim.

_____ Insurance on your automobile having to be put through the plan because you did not provide proof of other coverage.

_____ Modifications of plan filed showing new amount to be paid into the plan.

_____ Amount owed to a creditor being larger than what you scheduled in your original plan.

_____ Changes made at the 341A Meeting of Creditors.

_____ Sending plan to Court for confirmation.

__x___ Per ~~Order dated~~    Request from attorney_____.

If you have any questions concerning this, please contact your attorney.

Terre M. Vardaman
Standing Chapter 13 Trustee

SCHNELLER & LOMENICK PA
126 NORTH SPRINGS STREET
P O BOX 417
HOLLY SPRINGS, MS 38635